IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MARSHALL RICKY REESE

    Plaintiff,

v.

RICHARD TANK, et al.,

    Defendants.                             Case No. 03-cv-690-DRH

## **ORDER**

**HERNDON, District Judge:**

    Consistent with the stipulation of the parties for dismissal (Doc. 73), and the settlement agreement reached between the parties, the Court hereby **ACKNOWLEDGES** that the above-captioned matter is **DISMISSED WITH PREJUDICE** upon its merits, but without any additional costs to any party. The Clerk shall enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 11th day of July, 2006.

                                                  /s/       David RHerndon
                                                  **United States District Judge**