# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**MARSHALL RICKY REESE,**

    **Plaintiff,**

    **vs.**                                    Cause No. 03-C-690 DRH

**RICHARD TANK, et al.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** upon its merits, but without any additional costs to any party.------------------------------------------------

                                                     **SOFRON B. NEDILSKY, CLERK**

July 19, 2006                         By: <u>s/Patricia Brown</u>
                                                      Deputy Clerk

APPROVED:<u>/s/     David   RHerndon</u>
                 **U.S. DISTRICT JUDGE**